

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00092-CV

Gabriel **RODRIGUEZ** Sr., Individually, In All His Capacities, and In All His Common and
Assumed Names; Gabriel Rodriguez Jr., In All His Capacities, and In All His Common and
Assumed Names, and In His Capacity As Attorney in Fact for Gabriel Rodriguez Sr.,
Appellants

v.

Virginia **RODRIGUEZ**, Imelda Garza Saenz, Maria Lilia Henkel, Israel Guerra, Mario Corona,
Blanca Corona Garza, Homero Corona, Rosie Ownsby, Delia Rodriguez, Rudy Rodriguez,
Estate of Filiberto Garza, and Josie (Fields) Rodriguez,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-22-282
Honorable Baldemar Garza, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's Final Judgment,
Permanent Injunction, Order Enforcing Prior Judgments, and Severance is AFFIRMED. Costs of
appeal are assessed against appellants.

SIGNED November 29, 2023.

_____
Lori I. Valenzuela, Justice